**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-2451-MSK-KMT

CHECKERS INDUSTRIAL SAFETY PRODUCTS, LLC,

    Plaintiff,                                  Judge Marcia S. Krieger
                                            Magistrate Judge Kathleen M. Tafoya

v.

ELASCO PRODUCTS, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Checkers Industrial Safety Products, LLC, and Defendant, Elasco Products, LLC, respectfully notify the Court that these parties have reached an agreement-in-principle that should settle this case.  The parties are working to formalize that agreement-in-principle in a formal settlement agreement.  It may take the parties up to 30 days to complete this task, given the number of issues in the case and the agreed resolutions.

Thus, the parties respectfully request that this case and all pending deadlines be held in abeyance for 30 days pending preparation and execution of a formal written settlement agreement and submission of dismissal papers.

Dated:  November 21, 2016.

| */s/ Dawn M. David* | */s/ Ali Razai\** |
|---|---|
| Brett L. Foster | Ali Razai |
| Timothy P. Getzoff | *\*(signed with permission given to filing attorney)* |
| Mark A. Miller | |
| Tamara L. Kapaloski | Steven J. Nataupsky |
| Dawn M. David | Hans L. Mayer |

-2-

| | |
|---|---|
| Holland & Hart LLP<br>222 South Main St., Suite 2200<br>Salt Lake City, Utah 84101<br>(801) 799-5800<br>E-mail:  bfoster@hollandhart.com<br>tgetzoff@hollandhart.com<br>mmiller@hollandhart.com<br>tlkapaloski@hollandhart.com<br>dmdavid@hollandhart.com<br><br>*Attorneys for Plaintiff* | Nick Belair<br>Knobbe, Marten, Olson & Bear, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404<br>E-mail:  ali.razai@knobbe.com<br>steven.nataupsky@knobbe.com<br>hans.meyer@knobbe.com<br>nick.belair@knobbe.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

*/s/ Dawn M. David*

9362077_2